[Nos. 49085-1-I; 49146-6-I.   Division One.   February 18, 2003.]

*In the Matter of the Estate of* RAY G. MCBRIDE.

RODNEY W. MCBRIDE, ET AL., *Appellants*, v. COLLEEN MCBRIDE, *Respondent.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 00-4-00144-0, Joseph A. Thibodeau, J., entered August 1, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Grosse, J., concurred in by Kennedy and Ellington, JJ.

[No. 49339-6-I.   Division One.   February 18, 2003.]

MICHAEL VANCE, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 01-2-08378-3, Donald D. Haley, J., entered September 14, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Agid, JJ. Now published at 116 Wn. App. 412.

[No. 49354-0-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDDIE LEE KIBBY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-10287-5, Michael J. Fox, J., entered July 2, 2001. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Schindler, JJ.

[No. 49492-9-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME MARCELUS MOODY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-8-02460-6, Nicole MacInnes, J., entered October 11, 2001. *Dismissed* by unpublished per curiam opinion.